UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
KASEN & KASEN, P.C.
David A. Kasen, Esq. (NJ Bar No. 262881970)
1236 Brace Rd – Suite B
Cherry Hill, NJ 08034
Telephone (856) 424-4144
Facsimile (856) 424-7565
E-Mail: dkasen@kasenlaw.com
*Counsel to the Debtor*

In the Matter of:

XTREME POOL BUILDERS, LLC

Debtor.

Chapter 11 (Subchapter V)

Case No.: 26-18935

Hearing Date: TBD

Judge: Altenburg

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL**

I, David A. Kasen, Esq., being of full age, certify as follows:

1. I am seeking authorization for Kasen & Kasen, P.C. to be retained as attorney for the debtor in possession in the above-captioned bankruptcy case.

2. My professional credentials include: The attorneys at Kasen & Kasen, P.C. are experienced bankruptcy attorneys.

3. I am a member of or associated with the firm of: Kasen & Kasen, P.C.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

Kasen & Kasen, P.C. has agreed to render legal services and be compensated for such services in accordance with and subject to all terms and conditions set forth in the retainer

agreement, a copy of which is available upon request. The applicable hourly rates are as follows: David A. Kasen: $600/hour; Francine Kasen: $350/hour ______________________

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: ______________________________________________

______________________________________________________________

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection:

______________________________________________________________

______________________________________________________________

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

8. If the professional is an auctioneer,

a. The following are my qualifications and experience with the liquidation or sale of similar property:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

b. The proposed method of calculation of my compensation, including rates and formulas, is:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek

reimbursement from the sale proceeds:

____________________________________________________________

____________________________________________________________

____________________________________________________________

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No ☐ Yes (explain below)

____________________________________________________________

____________________________________________________________

____________________________________________________________

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

________________________________________________________________

I certify under penalty of perjury that the above information is true.

Date: August 11, 2026

*/s/ David A. Kasen*
DAVID A. KASEN